AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Erick Jamal Hendricks<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 1:16 MJ 2128<br><br>MAG. JUDGE McHARGH |

FILED
2016 AUG -3 AM 9: 57
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 1, 2015, to May 31, 2015  in the county of  Lorain  in the
 Northern  District of  Ohio, and elsewhere , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2339B(a)(1) | Conspiracy to Provide Material Support to a Designated Terrorist Organization |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Shawn S. Hare, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/3/16

_____
*Judge's signature*

City and state:   Cleveland, Ohio   Kenneth S. McHargh, U.S. Magistrate Judge
*Printed name and title*