FILED
2016 AUG 17 PM 2:26
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:16 CR 265 |
| | ) | |
| v. | ) | Title 18, United States Code, |
| | ) | Section 2339B(a)(1) |
| | ) | |
| ERICK JAMAL HENDRICKS, | ) | JUDGE ADAMS |
| | ) | |
| Defendant. | ) | |

COUNT 1

The Grand Jury charges:

From on or about March 1, 2015, through on or about May 31, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, ERICK JAMAL HENDRICKS, a citizen of the United States, and others known and unknown to the Grand Jury, knowingly did combine, conspire, confederate, and agree to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), including personnel and services, to a foreign terrorist organization, namely the Islamic State of Iraq and the Levant (ISIL), which at all relevant times was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIL was a designated foreign terrorist organization and that ISIL engages and has engaged in terrorist activity and terrorism.

All in violation of Title 18, United States Code, Section 2339B(a)(1).

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts pursuant to the E-Government Act of 2002.