UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:16CR265 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | <u>ORDER</u> |
| ERICK JAMAL HENDRICKS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Consistent with the Court's *ex parte* hearing with Defendant and his then-counsel, Attorneys Richard Lillie and Gretchen Holderman are hereby withdrawn as counsel to Defendant Erick Jamal Hendricks. Attorney David L. Doughten is hereby appointed as counsel for Defendant.

IT IS SO ORDERED.


Dated: <u>February 6, 2017</u>     */s/ John R. Adams*_____
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE